[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-15469
Non-Argument Calendar

_____

D.C. Docket No. 8:14-cr-00446-RAL-JSS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NICOLAS SANTIAGO BACCA CORDOBA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 30, 2016)

Before WILSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel on appeal for Nicolas Santiago Bacca Cordoba in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cordoba's conviction and sentence is **AFFIRMED**.